UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ERIC RAYMOND BECKER, and ) | Case No. 07-46552-399 |
| JEAN DENISE BECKER, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| MARQUERITE HOPE LUCAS, ) | **Adversary No. 08-4073-659** |
| ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| ERIC RAYMOND BECKER, and ) | |
| JEAN DENISE BECKER, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The matter before the Court is Plaintiff's Complaint to Determine Dischargeability of Debt. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is DENIED and judgment is entered in favor of Debtors Eric Raymond Becker and Jean Denise Becker in that the debt based on conversion of the $6,500.00 is discharged; and no debt to Plaintiff or Decedent's Probate Estate exist pertaining to the Vehicle for which an exception to discharge may apply; and this is the final judgment and order of the Bankruptcy Court in this case.

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: February 22, 2010
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Leonard Komen
7733 Forsyth Blvd., Ste. 2000
Saint Louis, MO 63105

Marguerite Hope Lucas
PO Box 190492
Webster Groves, MO 63119

Eric and Jean Becker
1723 Arrow Point Dr. Ct.
Saint Louis, MO 63138